AO 91 (Rev 8/01)   Criminal Complaint

United States District Court
Southern District Of Texas
FILED

FEB 15 2020

David J. Bradley, Clerk

# United States District Court

SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Panfilo Rosales-De Leon

**CRIMINAL COMPLAINT**

Case Number: M-20-0440-M

IAE   YOB: 1985
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 14, 2020__ in __Starr__ County, in the __Southern__ District of __Texas__
*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Panfilo Rosales-De Leon was encountered by Border Patrol Agents near Roma, Texas on February 14, 2020. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on February 14, 2020, near Roma, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on May 17, 2019 through Laredo, Texas. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On April 12, 2019, the defendant was convicted of 8 USC 1326 Illegal Re-Entry and sentenced to three (3) months confinement.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on February 15, 2020.

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:

/S/ Annjeri Skarboszewski
Signature of Complainant

Annjeri Skarboszewski
Printed Name of Complainant

February 15, 2020  @ 2:50pm
Date

J. Scott Hacker   , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer